IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–03190–KMT

PHILADELPHIA INSURANCE COMPANY,

    Plaintiff,

v.

ALTITUDE FIRE PROTECTION, LLC,
JEANETTE G. SCHLENVOGT,
TIMOTHY R. SCHLENVOGT,
DANIEL L. SMITH,
TINA SMITH,
WILLIAM A. WILKES,
KRISTI M. WILKES, and
ALLIANCE CONSTRUCTION SOLUTIONS, LLC,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Dismiss without Prejudice Claims against only Alliance Construction Solutions, LLC" (Doc. No. 23, filed Feb. 2, 2015) is GRANTED.  Plaintiff's claims against Alliance Construction Solutions, LLC are DISMISSED without prejudice and Alliance Construction Solutions, LLC is DISMISSED as a defendant from this action.  The Clerk of Court is directed to amend the caption accordingly.

Dated: March 3, 2015