IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–03190–KMT

PHILADELPHIA INSURANCE COMPANY,

     Plaintiff,

v.

ALTITUDE FIRE PROTECTION, LLC,
JEANETTE G. SCHLENVOGT,
TIMOTHY R. SCHLENVOGT,
DANIEL L. SMITH,
TINA SMITH,
WILLIAM A. WILKES,
KRISTI M. WILKES, and
ALLIANCE CONSTRUCTION SOLUTIONS, LLC,

     Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The Parties' "Stipulated Motion to Dismiss" (Doc. No. 40, filed May 5, 2015) is GRANTED in part. Pursuant to D.C.COLO.LCivR 41.2, the Clerk of Court is directed to ADMINISTRATIVELY CLOSE this action subject to reopening for good cause. Good cause may include, but is not necessarily limited to: (1) enforcement of the Settlement Agreement reached by the parties or (2) dismissal of this action with prejudice upon full compliance with the terms of the Settlement Agreement.

Dated: May 5, 2015