**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03190-KMT

PHILADELPHIA INSURANCE COMPANY,

Plaintiff,

v.

ALTITUDE FIRE PROTECTION, LLC,
JEANETTE G. SCHLENVOGT,
TIMOTHY R. SCHLENVOGT,
DANIEL L. SMITH,
TINA SMITH,
WILLIAM A. WILKES,
KRISTI M. WILKES, and
ALLIANCE CONSTRUCTION SOLUTIONS, LLC,

Defendants.

---

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND FOR RELEASE OF LIS PENDENS

---

This COURT, having reviewed the parties' *Stipulated Motion to Dismiss with Prejudice and for Release of Lis Pendens* (Document No. 43, hereafter the "Motion") and the Court's file, being fully advised of the premises, hereby ORDERS,

The Motion (Document No. 43) is GRANTED. This action, together with all claims which were asserted between the parties herein, is hereby DISMISSED WITH PREJUDICE, without an award of fees and costs to either party.

Any and all Notices of Lis Pendens recorded in conjunction with this Civil Action are hereby TERMINATED and no longer in effect, including but not limited to:

a. A Notice Lis Pendens recorded on November 26, 2014, in the record of the Clerk and Recorder, Boulder County, Colorado, at Reception No. 03415147.

  b. A Notice of Lis Pendens recorded on December 1, 2014, in the record of the Clerk and Recorder, Adams County, Colorado, at Reception No. 2014000083864.

  c. A Notice of Lis Pendens recorded on December 1, 2014, in the record of the Clerk and Recorder, Weld County, Colorado, at Reception No. 4065274.

  IT IS SO ORDERED.

DATED: March 31, 2016

_____
Kathleen M. Tafoya
United States Magistrate Judge